**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZACHERY SCOTT KEESEE**                                                    **PLAINTIFF**
**ADC #175621**

**v.**                               **CASE NO. 4:22-CV-00002-BSM**

**ANDREW JOHNSON,** *et al.*                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the orders entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of June, 2024.


_____
UNITED STATES DISTRICT JUDGE